1  CYNTHIA L. MELLEMA (State Bar No. 122798)
   MEGAN L. DUNHAM (State Bar No. 245991)
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   2121 N California Blvd., Suite 800
3  Walnut Creek, CA  94596
   Telephone: (925) 949-2600
4  Facsimile:  (925) 949-2610
   Email:     cmellema@sonnenschein.com
5             mdunham@sonnenschein.com

6  Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
7

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 KATTY VALLE, IVANIA RAMIREZ,              No. CV 08 1533 JL
   JANET RAMIREZ and ZENEYDA
12 BALTODANO,                                NOTICE TO PLAINTIFFS THAT ACTION
                                             HAS BEEN REMOVED TO FEDERAL
13             Plaintiffs,                    COURT

14        vs.

15 ALLSTATE INSURANCE COMPANY,

16             Defendants.

17

18        TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

19        NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. sections 1332, 1441(a), and

20 1446, this action has been removed to the United States District Court for the Northern District

21 of California.  Copies of the Notice Of Removal Of Civil Action filed in the District Court and

22 the Notice That Action Has Been Removed filed in the Superior Court of California for the

23 County of San Mateo, are attached (without their exhibits) as Exhibit "1."

24        All further proceedings in this action shall take place before the United States District

25 Court for the Northern District of California.

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000

-1-
CASE NO. CV 08 1533 JL                              NOTICE TO PLAINTIFFS THAT
                                                   ACTION HAS BEEN REMOVED

1

2  Dated: March 24, 2008

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By *Megan Dunham*
                MEGAN DUNHAM

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-2-

NOTICE TO PLAINTIFFS THAT
ACTION HAS BEEN REMOVED

# EXHIBIT 1

1  CYNTHIA L. MELLEMA (State Bar No. 122798)
   MEGAN L. DUNHAM (State Bar No. 245991)
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   2121 N California Blvd., Suite 800
3  Walnut Creek, CA  94596
   Telephone: (925) 949-2600
4  Facsimile:  (925) 949-2610
   Email:      cmellema@sonnenschein.com
5              mdunham@sonnenschein.com

6  Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11  KATTY VALLE, IVANIA RAMIREZ,              No.
    JANET RAMIREZ and ZENEYDA
12  BALTODANO,                                NOTICE OF REMOVAL OF A CIVIL
                                              ACTION
13         Plaintiffs,

14      vs.

15  ALLSTATE INSURANCE COMPANY,

16         Defendants.

17

18        TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

19  NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR

20  ATTORNEYS OF RECORD:

21        PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. section 1441(a), defendant hereby

22  removes to this Court the action described herein and respectfully submits the following

23  statement of grounds for removal:

24                      THE SUPERIOR COURT ACTION

25        1.     On January 17, 2008, an action was commenced in the Superior Court of the State

26  of California for the County of San Mateo, entitled "*Valle et al. v. Allstate Insurance Company,

27  and Does 1 through 50, inclusive,*" Case No. CIV 46 9346 (the "Superior Court Action").

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1    2.    In the Superior Court Action, plaintiffs seek damages on account of Allstate's

2    alleged failure to arbitrate and pay their claim for underinsured motorist benefits.  (Complaint,

3    ¶ 3.)  In the Complaint, plaintiffs petition the Court to compel arbitration.  Further, plaintiffs

4    assert a cause of action for breach of the implied covenant of good faith and fair dealing for

5    failure to arbitrate, seeking general and punitive damages, attorneys' fees and costs of suit.

6                                                    SERVICE

7    3.    Allstate is informed and believes that the Summons and Complaint in the Superior

8    Court Action have not yet been served on Allstate.  Attached hereto as Exhibit A are true and

9    correct copies of the Summons, Complaint and Notice of Case Management Conference that

10    were mailed to Bill Gavin, arbitration counsel for Allstate, and Answer.  Allstate believes these

11    documents constitute all pleadings and documents on file in the Superior Court Action.

12                                                JURISDICTION

13    4.    Allstate is informed and believes that plaintiff Katty Valle was, at the time of filing

14    of the Superior Court Action, now is, and at all relevant times has been, a citizen and resident of

15    the State of California.

16    5.    Allstate is informed and believes that plaintiff Ivania Ramirez was, at the time of

17    filing of the Superior Court Action, now is, and at all relevant times has been, a citizen and

18    resident of the State of California.

19    6.    Allstate is informed and believes that plaintiff Janet Ramirez was, at the time of

20    filing of the Superior Court Action, now is, and at all relevant times has been, a citizen and

21    resident of the State of California.

22    7.    Allstate is informed and believes that plaintiff Zeneyda Baltodano was, at the time

23    of filing of the Superior Court Action, now is, and at all relevant times has been, a citizen and

24    resident of the State of California.

25    8.    Defendant Allstate was, at the time of filing of the Superior Court Action, now is,

26    and at all relevant times has been, a corporation organized and existing under the laws of the

27    State of Illinois, with its principal places of business in the city of Northbrook, Illinois.

28    9.    Plaintiff and Allstate, accordingly, are citizens and residents of different states.

CASE NO.                                        -2-                            NOTICE OF REMOVAL

AMOUNT IN CONTROVERSY

10.    The amount in controversy in the Superior Court Action, exclusive of interest and costs, exceeds the $75,000 jurisdictional minimum.  Plaintiff Katty Valle has made a settlement demand for the $100,000 policy limit.  Plaintiffs Janet Ramirez and Zeneyda Baltodano have each demanded $12,000.  Plaintiff Ivania Ramirez has not yet made a demand.  Plaintiffs therefore seek over $124,000 in contract damages.

11.    Additionally, plaintiffs seeks to recover attorney's fees.  (Complaint, prayer for relief .)  Attorney's fees incurred to compel payment of insurance policy benefits unreasonably withheld are recoverable as an element of damages under *Brandt v. Superior Court*, 37 Cal. 3d 813 (1985), and therefore must be included in calculating the amount of controversy.  *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1155-56 (9th Cir. 1998).

12.    Plaintiffs also seek an undisclosed amount of punitive damages.  (Complaint, prayer for relief.) In calculating the amount in controversy, the Court must consider the punitive damages that may be recovered by plaintiffs if their claim for punitive damages should prevail. *Surber v. Reliance Nat. Indem. Co.*, 110 F. Supp. 2d 1227, 1232 (N.D. Cal. 2000).

ORIGINAL JURISDICTION

13.    The Superior Court Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332, in that plaintiffs and Allstate are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

14.    The case is therefore one which Allstate may remove to this Court pursuant to 28 U.S.C. sections 1441 and 1446.  The removal is effected less than thirty days after service of the Complaint in the Superior Court Action, in accordance with 28 U.S.C. section 1446(b).

WHEREFORE, Allstate hereby gives notice that this action has been removed, in its entirety, from the Superior Court of the State of California for the County of San Mateo to the United States District Court for the Northern District of California, San Francisco Division for further proceedings as though it originally had been instituted herein.

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

CASE NO.                                      -3-                                      NOTICE OF REMOVAL

1

2   Dated: March 19, 2008

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP


By_____
         CYNTHIA MELLEMA

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

CASE NO.                 -4-                 NOTICE OF REMOVAL

CYNTHIA L. MELLEMA (State Bar No. 122798)
MEGAN L. DUNHAM (State Bar No. 245991)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email:     cmellema@sonnenschein.com
           mdunham@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

**ENDORSED FILED**
**SAN MATEO COUNTY**
MAR 2 1 2008

Clerk of the Superior Court
By ____ DANIEL SHEA
DEPUTY CLERK

**BY FAX**

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN MATEO

| | |
|---|---|
| KATTY VALLE, IVANIA RAMIREZ, JANET RAMIREZ and ZENEYDA BALTODANO,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendants. | No. CIV469346<br><br>NOTICE TO STATE COURT THAT ACTION HAS BEEN REMOVED TO FEDERAL COURT |

TO THE CLERK OF THE ABOVE COURT:

On March 20, 2008, defendant Allstate Insurance Company removed this action to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. sections 1332, 1441(a), and 1446. A complete copy of the Notice Of Removal Of Civil Action (without exhibits) is attached hereto as Exhibit "A."

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. section 1446(d), filing the Notice Of Removal Of Civil Action in the United States District Court followed by filing this notice with this Court effected the removal of this action, and this Court may not proceed further unless and until the action is remanded.

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-1-
ALLSTATE INSURANCE COMPANY'S NOTICE TO STATE COURT OF REMOVAL

1

2    Dated: March 20, 2008

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP


By _____
         CYNTHIA MELLEMA

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000