1  CYNTHIA L. MELLEMA (State Bar No. 122798)
   MEGAN L. DUNHAM (State Bar No. 245991)
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   2121 N California Blvd., Suite 800
3  Walnut Creek, CA  94596
   Telephone: (925) 949-2600
4  Facsimile:  (925) 949-2610
   Email:      cmellema@sonnenschein.com
5              mdunham@sonnenschein.com

6  Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11 KATTY VALLE, IVANIA RAMIREZ,        No. CV 08 1533 JL
   JANET RAMIREZ and ZENEYDA
12 BALTODANO,                          PROOF OF SERVICE

13              Plaintiffs,

14       vs.

15 ALLSTATE INSURANCE COMPANY,

16              Defendants.

17

18       I, Gloria Courtney, hereby declare:

19       I am employed in the City of Walnut Creek, and in the County of Contra Costa,

20 California, in the office of a member of the bar of this court, at whose direction the following

21 service was made.  I am over the age of eighteen years and not a party to the within action.

22 My business address is Sonnenschein, Nath & Rosenthal, LLP, 2121 North California Blvd.,

23 Suite 800, Walnut Creek, California 94596-7342.

24       On March 24, 2008, I caused to be served on the interested parties in this action the

25 following document(s):

26       1.    Civil Cover Sheet;

27       2.    Notice Of Removal Of A Civil Action (including Exhibits);

28

-1-

CASE NO. CV 08 1533 JL                                      PROOF OF SERVICE

3.     Notice To State Court That Action Has Been Removed To Federal Court;

4.     Notice To Plaintiffs That Action Has Been Removed To Federal Court;

5.     Order Setting Initial Case Management Conference And ADR Deadlines;

6.     U.S. District Court Welcome Handout;

7.     Notice Of Assignment Of Case To U.S. Magistrate Judge For Trial;

8.     U.S. District Court Northern California ECF Registration Information Handout;

by placing true copies thereof, on the above date, enclosed in a sealed envelope, following the

ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

| *Attorney for Plaintiffs:* | |
|---|---|
| Leandro H. Duran<br>Law Office of Leandro H. Duran<br>1035 Carleton Street<br>Berkeley, California  94710<br><br>Telephone:  (510) 540-1046<br>Facsimile:  (510) 540-1036 | |

☒     U.S. MAIL: I am personally and readily familiar with the business practice of
Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for
mailing with the United States Postal Service, pursuant to which mail placed for collection at
designated stations in the ordinary course of business is deposited the same day, proper
postage prepaid, with the United States Postal Service.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct, and that this declaration was executed on March 24, 2008, at

Walnut Creek, California.

_Gloria Courtney_
Gloria Courtney

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 NORTH CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CA 94596-7342
(925) 949-2600