1
2   UNITED STATES DISTRICT COURT
3   NORTHERN DISTRICT OF CALIFORNIA

4  KATTY VALLE

5          Plaintiff(s),                              No. 08-01533 JL

6     v.                                             NOTICE OF IMPENDING
                                                     REASSIGNMENT TO A UNITED
7                                                    <u>STATES DISTRICT COURT JUDGE</u>

8  ALLSTATE INSURANCE CO

9          Defendant(s).
   _____/
10

11      The Clerk of this Court will now randomly reassign this case to a United States District

12  Judge because either:

13  **XX**    (1)    One or more of the parties has requested reassignment to a United States

14  District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

15          (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary

16  restraining order) that a United States Magistrate Judge may not take without the consent of

17  all parties, the necessary consents have not been secured, and time is of the essence.

18          The **CASE MANAGEMENT CONFERENCE** previously scheduled for June 25, 2008

19  at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

20

21  Dated:  March 26, 2008

22
23
                                                     Richard W. Wieking, Clerk
24                                                   United States District Court

25                                                   _____*Wings Hom*_____
                                                     By: Wings Hom, Deputy Clerk
26
27
28

reassig1.DCT                          1