**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**March 27, 2008**

**CASE NUMBER: CV 08-01533 JL**
**CASE TITLE: KATTY VALLE-v-ALLSTATE INSURANCE CO**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable CHARLES R. BREYER** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/27/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 3/27/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA