IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATTY VALLE, | No. C 08-01533 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| ALLSTATE INSURANCE CO, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, June 27, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: April 3, 2008                                              FOR THE COURT,

Richard W. Wieking, Clerk
By: _____
     Barbara Espinoza
     Courtroom Deputy