1  LEANDRO H. DURAN
   LAW OFFICE OF LEANDRO H. DURAN
2  1035 Carleton Street
   Berkeley, CA  94710
3  Telephone: (510) 540-1046
   Facsimile: (510) 540-1036
4  Email:       leandroh@leandrohduran.com

5  Attorney for Plaintiffs
   KATTY VALLE, IVANIA RAMIREZ,
6  JANET RAMIREZ and ZENEYDA BALTODANO

7

8  CYNTHIA L. MELLEMA (State Bar No. 122798)
   MEGAN L. DUNHAM (State Bar No. 245991)
9  SONNENSCHEIN NATH & ROSENTHAL LLP
   2121 N California Blvd., Suite 800
10 Walnut Creek, CA  94596
   Telephone: (925) 949-2600
11 Facsimile:  (925) 949-2610
   Email:       cmellema@sonnenschein.com
12              mdunham@sonnenschein.com

13 Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY

14

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18 | KATTY VALLE, IVANIA RAMIREZ, | No.  C 08 01533 CRB |
   | JANET RAMIREZ and ZENEYDA | |
19 | BALTODANO, | STIPULATION AND [PROPOSED] ORDER |
   | | SELECTING ADR PROCESS |
20 | Plaintiffs, | |
21 | vs. | |
22 | ALLSTATE INSURANCE COMPANY, | |
23 | Defendants. | |

24

25      Counsel report that they have met and conferred regarding ADR and have reached the

26 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

27      The parties agree to participate in the following ADR process:  Early Neutral Evaluation.

28

1    If the claims, other than the arbitration, are not stayed, the parties agree to hold the ADR

2  session within ninety days of the entry of this order referring the case to early neutral evaluation.

3    If a stay is granted or stipulated to by the parties, three weeks after the arbitration award,

4  the parties will contact the ADR Unit and schedule an early neutral evaluation date that falls no

5  more than ninety days after the date of the arbitration award.

6  Dated:  June 4, 2008                    LAW OFFICE OF LEANDRO H. DURAN

7

8                                          By    _/s/  LEANDRO H. DURAN___

9                                                LEANDRO H. DURAN

10                                         Attorneys for Plaintiffs KATTY VALLE,
                                           IVANIA RAMIREZ, JANET RAMIREZ and
11                                         ZENEYDA BALTODANO

12  Dated:  June 4, 2008                    SONNENSCHEIN NATH & ROSENTHAL LLP

13

14

15                                         By    _/s/ CYNTHIA L. MELLEMA__

16                                                CYNTHIA L. MELLEMA

17                                         Attorneys for Defendant
                                           ALLSTATE INSURANCE COMPANY
18

19

20         IT IS SO ORDERED.

21

22

23  Date: _____         _____
                                          Charles R. Breyer
24                                        United States District Judge
        27299851
25

26

27

28