| | |
|---|---|
| 1 | LEANDRO H. DURAN |
|   | LAW OFFICE OF LEANDRO H. DURAN |
| 2 | 1035 Carleton Street |
|   | Berkeley, CA  94710 |
| 3 | Telephone: (510) 540-1046 |
|   | Facsimile: (510) 540-1036 |
| 4 | Email:       leandroh@leandrohduran.com |
| 5 | Attorney for Plaintiffs |
|   | KATTY VALLE, IVANIA RAMIREZ, |
| 6 | JANET RAMIREZ and ZENEYDA BALTODANO |
| 7 | |
| 8 | CYNTHIA L. MELLEMA (State Bar No. 122798) |
|   | MEGAN L. DUNHAM (State Bar No. 245991) |
| 9 | SONNENSCHEIN NATH & ROSENTHAL LLP |
|   | 2121 N California Blvd., Suite 800 |
| 10 | Walnut Creek, CA  94596 |
|    | Telephone: (925) 949-2600 |
| 11 | Facsimile:  (925) 949-2610 |
|    | Email:       cmellema@sonnenschein.com |
| 12 |              mdunham@sonnenschein.com |
| 13 | Attorneys for Defendant |
|    | ALLSTATE INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATTY VALLE, IVANIA RAMIREZ, JANET RAMIREZ and ZENEYDA BALTODANO, | No.  C 08 01533 CRB |
| Plaintiffs, | STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |
| vs. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:  Early Neutral Evaluation.

If the claims, other than the arbitration, are not stayed, the parties agree to hold the ADR session within ninety days of the entry of this order referring the case to early neutral evaluation.

If a stay is granted or stipulated to by the parties, three weeks after the arbitration award, the parties will contact the ADR Unit and schedule an early neutral evaluation date that falls no more than ninety days after the date of the arbitration award.

Dated:  June 4, 2008     LAW OFFICE OF LEANDRO H. DURAN

By     */s/ LEANDRO H. DURAN*
       LEANDRO H. DURAN

Attorneys for Plaintiffs KATTY VALLE, IVANIA RAMIREZ, JANET RAMIREZ and ZENEYDA BALTODANO

Dated:  June 4, 2008     SONNENSCHEIN NATH & ROSENTHAL LLP

By     */s/ CYNTHIA L. MELLEMA*
       CYNTHIA L. MELLEMA

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

Date:  June 5, 2008

27299851

_____
Charles R. Breyer
United States

*IT IS SO ORDERED*
*Judge Charles R. Breyer*