ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

June 13, 2008

Leandro H. Duran
Law Office of Leandro H Duran
1035 Carleton Street
Berkeley, CA 94710
510-540-1046

Cynthia Louise Mellema
Megan Lynn Dunham
Sonnenschein Nath & Rosenthal
2121 N California Boulevard
Suite 800
Walnut Creek, CA 94596
925-949-2600

      Re:    Valle et al, v. Allstate Insurance Company
              <u>Case No. C 08-01533 CRB ENE</u>

Dear Counsel:

      The ADR Program would like to convene a conference call with one of our legal staff to discuss the time frame for the Mediation. We scheduled this for **Monday, June 23, 2008 at 2:00 p.m. PDT.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

      Thank you for your attention to this matter.

                                      Sincerely,

                                      Alice M. Fiel
                                      ADR Case Administrator