1  CYNTHIA L. MELLEMA (State Bar No. 122798)
   MEGAN L. DUNHAM (State Bar No. 245991)
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   2121 N California Blvd., Suite 800
3  Walnut Creek, CA 94596
   Telephone: (925) 949-2600
4  Facsimile: (925) 949-2610
   Email:     cmellema@sonnenschein.com
5              mdunham@sonnenschein.com

6  Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11  KATTY VALLE, IVANIA RAMIREZ,          No. C 08 01533 CRB
    JANET RAMIREZ and ZENEYDA
12  BALTODANO,                             ASSOCIATION OF COUNSEL

13           Plaintiffs,

14      vs.

15  ALLSTATE INSURANCE COMPANY,

16           Defendants.

17

18      Cynthia L. Mellema, being an attorney of record for Defendant Allstate Insurance

19  Company, hereby associates William H. Gavin of Gavin and Cunningham as co-counsel for

20  Allstate. William H. Gavin is the attorney for Allstate in the arbitration of this matter. The

21  office address and telephone number of such associated counsel are:

22      WILLIAM H. GAVIN (State Bar No. 099695)
        GAVIN & CUNNINGHAM
23      Attorneys at Law
        1530 the Alameda, Suite 210
24      San Jose, CA 95126
        Telephone:  (408) 294-8500
25      Facsimile:  (408) 294-8596

26

27

28

OF COUNSEL

Dated: June 13, 2008                    SONNENSCHEIN NATH & ROSENTHAL LLP

                                        By _____
                                              CYNTHIA L. MELLEMA

                                        Attorneys for Defendant
                                        ALLSTATE INSURANCE COMPANY

William Gavin of Gavin & Cunningham hereby accepts the above association.

Dated: June 12, 2008

                                        By _____
                                              WILLIAM GAVIN

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600