CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MEGAN L. DUNHAM (State Bar No. 245991)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email: cmellema@sonnenschein.com
jbutler@sonnenschein.com
mdunham@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATTY VALLE, IVANIA RAMIREZ, JANET RAMIREZ and ZENEYDA BALTODANO,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>  Defendants. | No. C 08 01533 CRB<br><br>NOTICE OF APPEARANCE OF COUNSEL |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jeffry Butler of the law firm of Sonnenschein Nath & Rosenthal LLP hereby enters his appearance as counsel on behalf of defendant Allstate Insurance Company.

Dated:  June 18, 2008                                    SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____*/s/ Jeffry Butler*_____
                Jeffry Butler

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY