1  LEANDRO H. DURAN (State Bar. No. 121847)
   LAW OFFICE OF LEANDRO H. DURAN
2  95 South Market Street, Suite 300
   San Jose, CA  95113
3  Telephone: (510) 540-1046
   Facsimile: (510) 540-1036
4  Email:      leandroh@leandroduran.com

5  Attorney for Plaintiffs
   KATTY VALLE, IVANIA RAMIREZ,
6  JANET RAMIREZ and ZENEYDA BALTODANO

7

   CYNTHIA L. MELLEMA (State Bar No. 122798)
8  JEFFRY BUTLER (State Bar No. 180936)
   MEGAN L. DUNHAM (State Bar No. 245991)
9  SONNENSCHEIN NATH & ROSENTHAL LLP
   2121 N California Blvd., Suite 800
10 Walnut Creek, CA  94596
   Telephone: (925) 949-2600
11 Facsimile:  (925) 949-2610
   Email:      cmellema@sonnenschein.com
12             jbutler@sonnenschein.com
               mdunham@sonnenschein.com
13

14 WILLIAM GAVIN (State Bar No. 099695)
   GAVIN & CUNNINGHAM
15 1530 The Alameda, Suite 210
   San Jose, CA  95126
16 Telephone: (408) 294-8500
   Facsimile:  (408) 294-8596
17 Email:      gavin@gclitigation.com

18 Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
19

20                     UNITED STATES DISTRICT COURT

21                    NORTHERN DISTRICT OF CALIFORNIA

22                         SAN FRANCISCO DIVISION

23 KATTY VALLE, IVANIA RAMIREZ,           No. C 08 01533 CRB
   JANET RAMIREZ and ZENEYDA
24 BALTODANO,                              JOINT CASE MANAGEMENT
                                           CONFERENCE STATEMENT
25           Plaintiffs,
                                           Date:   June 27, 2008
26     vs.                                 Time:   8:30 a.m.
                                           Place:  Courtroom 8, 19th Floor
27 ALLSTATE INSURANCE COMPANY,             Before: Hon. Charles R. Breyer

28           Defendants.

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BOULEVARD, SUITE 800
WALNUT CREEK, CA 94596
(925) 949-2600

Pursuant to Federal Rule of Civil Procedure 26(f) and Civil L.R. 16-9(a), the parties submit this Joint Case Management Statement with respect to the Case Management Conference set for June 27, 2008, and request that the Court adopt it as the Case Management Order.

**1.   Jurisdiction and Service:**

Plaintiffs Katty Valle, Ivania Ramirez, Janet Ramirez, and Zeneyda ("Plaintiffs") filed this action in San Mateo County Superior Court. Allstate Insurance Company ("Allstate") subsequently removed it to this Court pursuant to 28 U.S.C. sections 1441(a) and 1446. This Court has original jurisdiction over the Superior Court Action under 28 U.S.C. section 1332. Plaintiffs and Allstate are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

All parties have been served.

**2.   Facts:**

Allstate issued an automobile policy to named insureds Rafael and Katty Valle, which was in effect on or about December 18, 2004 (the "Policy"). On or about December 18, 2004, Plaintiffs were involved in a car accident when they were rear-ended by an underinsured motorist. Following the car accident, Plaintiffs settled with the underinsured motorist and his auto-liability carrier for his policy limits. Subsequently, Plaintiffs made a claim to Allstate under the Policy's underinsured motorist provision. Plaintiffs and Allstate agreed to arbitration under the governing Policy provisions.

Plaintiffs assert Allstate failed to participate in arbitration. Allstate asserts Plaintiffs failed to participate in discovery. This action followed. In their complaint, Plaintiffs seek an order to compel arbitration and assert a cause of action against Allstate for breach of the implied covenant of good faith and fair dealing.

**3.   Legal Issues:**

One or more party contends the following legal issues are in dispute:

a.   Whether Allstate breached the implied covenant of good faith and fair dealing.

b.   Whether there are any facts to support a claim for punitive damages.

**4. Motions:**

a.  Absent a stipulation from the parties to stay the case, Allstate will file a motion stay the "bad faith" claims pending completion of arbitration; and

b.  Allstate will file a motion for summary judgment or adjudication of the issues.

**5. Amendment of Pleadings:**

The parties do not anticipate amending the pleadings at this time.

**6. Evidence Preservation:**

The parties have taken appropriate steps to ensure the preservation of evidence.

**7. Disclosures:**

The parties will serve their initial disclosures on or before June 18, 2008.

**8. Discovery:**

The parties plan to conduct discovery regarding all allegations in the complaint.  The parties anticipate propounding written discovery and deposing the parties and other relevant witnesses.  The parties do not believe any modification to the Federal Rules is necessary at this time.

**9. Related Cases:**

There are no currently pending related cases.

**10. Relief:**

Plaintiffs' Statement

Plaintiff seeks the appointment of Richard Hodge as the arbitrator to decide the underlying case as was previously stipulated by the parties.  Plaintiff further seeks an order that the arbitration be completed within 120 days and that the scope of discovery should be limited as plaintiffs have already given their deposition and attended defense medical examinations and given related reports including provided expedited subpoenas and informal discovery.

Allstate's Statement

Allstate currently seeks no relief.

**11. Settlement and ADR:**

The parties agree to participate in early neutral evaluation, and filed an ADR stipulation on June 4, 2008. If the non-arbitration related claims are stayed, the parties request ADR be stayed until after the arbitration.

**12. Consent to Magistrate:**

Allstate filed its declination to proceed before a magistrate judge on March 25, 2008.

**13. Other References:**

The underlying dispute is subject to mandatory contractual binding arbitration. All other claims or causes of action should be stayed until after the arbitration.

**14. Narrowing of Issues:**

The parties believe it is premature to narrow the issues through stipulation at this time. However, as discovery progresses, the parties will re-evaluate this issue.

**15. Scheduling:**

The parties do not believe this case should be handled on an expedited basis.

Plaintiffs' proposed scheduling:

Plaintiffs propose the following schedule for discovery, motions and trial:

| | |
|---|---|
| Exchange of Initial Disclosures: | June 18, 2008 |
| FRCP 26(a)(2) expert disclosures: | February 26, 2009 |
| FRCP 26(a)(2) rebuttal disclosures: | March 12, 2009 |
| Non-expert discovery cut-off: | March 12, 2009 |
| Expert Discovery cut-off: | April 9, 2009 |
| Dispositive pre-trial motion filing cut-off: | May 14, 2009 |
| Dispositive pre-trial motion hearing cut-off: | June 25, 2009 |
| Pretrial conference statements: | July 21, 2009 |
| Pretrial conference: | July 30, 2009 |

1     <u>Allstate's proposed scheduling</u>:

2     If a stay is not granted, Allstate proposes the following schedule for discovery, motions and trial to allow the parties to conduct the arbitration:

| | |
|---|---|
| Exchange of Initial Disclosures: | June 18, 2008 |
| FRCP 26(a)(2) expert disclosures: | February 26, 2010 |
| FRCP 26(a)(2) rebuttal disclosures: | March 12, 2010 |
| Non-expert discovery cut-off: | March 12, 2010 |
| Expert Discovery cut-off: | April 9, 2010 |
| Dispositive pre-trial motion filing cut-off: | May 14, 2010 |
| Dispositive pre-trial motion hearing cut-off: | June 25, 2010 |
| Pretrial conference statements: | July 21, 2010 |
| Pretrial conference: | July 30, 2010 |

**16. <u>Trial:</u>**

Plaintiffs request a trial date of August 30, 2009.

Allstate requests a trial date of August 30, 2010.

**17. <u>Disclosure of Non-Party Interested Entities or Persons:</u>**

Allstate is not aware of any interested parties required to be disclosed pursuant to Northern District Local Rule 3-16.

///
///
///
///
///
///

No. C08-01533 CRB     - 4 -     JOINT CASE MANAGEMENT STATEMENT

Dated: June 18, 2008                     Respectfully Submitted,

                                         LAW OFFICE OF LEANDRO DURAN


                                         By_____*/s/ LEANDRO H. DURAN*_____
                                                   LEANDRO H. DURAN

                                         Attorneys for Plaintiffs
                                         KATTY VALLE, IVANIA RAMIREZ, JANET
                                         RAMIREZ, and ZENEYDA BALTODANO


Dated: June 18, 2008                     SONNENSCHEIN NATH & ROSENTHAL LLP


                                         By_____*/s/ JEFFRY BUTLER*_____
                                                   JEFFRY BUTLER


                                         Attorneys for Defendant
                                         ALLSTATE INSURANCE COMPANY

Dated: June 18, 2008                     GAVIN & CUNNINGHAM


                                         By_____*/s/ WILLIAM GAVIN*_____
                                                   WILLIAM GAVIN


                                         Attorneys for Defendant
                                         ALLSTATE INSURANCE COMPANY


## [PROPOSED] CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

In addition, the Court orders:



Dated: _____                   _____
                                         Hon. Charles R. Breyer