LEANDRO H. DURAN (SBN 121847)
LAW OFFICES OF LEANDRO H. DURAN
A Professional Law Corporation
95 S. Market Street, Suite 300
San Jose, California 95113
(510)540-1046

Attorney for PLAINTIFFS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KATTY VALLE, IVANA RAMIRIZ, JANET RAMIREZ, ZENEYDA BALTODANO<br>            Plaintiffs,<br><br>vs.<br><br><br>ALLSTATE INSURANCE COMPANY<br>            Defendant.<br>_____/ | No. C 08-1533CRB<br><br>EX-PARTE REQUEST TO APPEAR BY TELEPHONE<br><br>Case Management Conference<br><br>Date:          June 27, 2008<br>Time:          8:30 am<br>Department:  Courtroom 8, 19th Floor<br>Judge:         Hon. Charles R. Breyer |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, THE HONORABLE JUDGE CHARLES R. BREYER AND TO THE DEFENDANT AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that, plaintiffs through their attorney of record LEANDRO H. DURAN hereby moves the Court for an order to participate in the Case Management Conference by telephone appearance. This motion will be based on the attached Declaration of Leandro H. Duran.

Dated:

                                           LAW OFFICES OF LEANDRO H. DURAN
                                           A Professional Corporation

                                           By _____/S/_____
                                           LEANDRO H. DURAN
                                           Attorney for Plaintiffs