LEANDRO H. DURAN (SBN 121847)
LAW OFFICES OF LEANDRO H. DURAN
A Professional Law Corporation
95 S. Market Street, Suite 300
San Jose, California 95113
(510)540-1046

Attorney for PLAINTIFFS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KATTY VALLE, IVANA RAMIRIZ, JANET RAMIREZ, ZENEYDA BALTODANO<br>　　　　Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY<br>　　　　Defendant.<br>_____/ | No. C 08-1533CRB<br><br>DECLARATION OF LEANDRO H. DURAN IN SUPPORT OF EX-PARTE REQUEST TO APPEAR BY TELEPHONE<br><br>Case Management Conference<br><br>Date:　　　　June 27, 2008<br>Time:　　　　8:30 am<br>Department:　Courtroom 8, 19th Floor<br>Judge:　　　　Hon. Charles R. Breyer |

I, LEANDRO H. DURAN, declare:

1. That I am an attorney duly licensed to practice before this court. I am attorney for the plaintiffs and I am familiar with the facts declared herein. If called to testify I can do so competently.

2. I am requesting to appear to the upcoming Case Management Conference by telephone because I will be on a family vacation in Mexico from June 19, 2008 through July 12, 2008.

3. I have personally met and conferred with opposing counsel in this matter and we have worked out a tentative agreement on discovery, Early Neutral Evaluation and trial. Opposing counsel has submitted the Joint Case Management Statement as well as Plaintiff's Disclosure

//

---

DECLARATION OF LEANDRO H. DURAN　　　　　　　　　　　　　　　　　　　　　　　　　1

1  Statement to the defendant.

3    I declare under penalty of perjury that the foregoing is true and correct.

4  Dated:

                    LAW OFFICES OF LEANDRO H. DURAN
                    A Professional Corporation

                    By _____/S/_____
                    LEANDRO H. DURAN
                    Attorney for Plaintiffs