1  LEANDRO H. DURAN (SBN 121847)
   LAW OFFICES OF LEANDRO H. DURAN
2  A Professional Law Corporation
   95 S. Market Street, Suite 300
3  San Jose, California 95113
   (510)540-1046
4

5  Attorney for PLAINTIFFS

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10 KATTY VALLE, IVANA RAMIRIZ,              No. C 08-1533CRB
   JANET RAMIREZ, ZENEYDA
11 BALTODANO                                [PROPOSED] ORDER GRANTING EX-
                  Plaintiffs,               PARTE REQUEST   TO PARTICIPATE
12                                          BY TELEPHONE

13                                          Case Management Conference
   vs.
14                                          Date:        June 27, 2008
                                            Time:        8:30 am
15                                          Department:  Courtroom 8, 19th Floor
   ALLSTATE INSURANCE COMPANY               Judge:       Hon. Charles R. Breyer
16               Defendant.
   _____/
17

18     GOOD CAUSE APPEARING the motion by plaintiff's counsel Leandro H. Duran to

19 appear by telephone is Granted. Counsel Leandro H. Duran is directed to call the court _____

20 minutes prior to the Case Management Conference

21     IT IS SO ORDERED

22 Dated:

23                                          _____
                                            HONORABLE CHARLES R. BREYER
24                                          MAGISTRATE JUDGE OF THE
                                            UNITED STATES DISTRICT COURT
25                                          NORTHERN DISTRICT OF
                                            CALIFORNIA,
26

27

28

                    PROPOSED ORDER                                    1