1  LEANDRO H.  DURAN (SBN 121847)
LAW OFFICES OF LEANDRO H.  DURAN
2  A Professional Law Corporation
95 S.  Market Street, Suite 300
3  San Jose, California 95113
(510)540-1046
4

5  Attorney for PLAINTIFFS

6

7            UNITED STATES DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA

9            SAN FRANCISCO  DIVISION

10  KATTY VALLE, IVANA RAMIRIZ,          No.  C 08-1533CRB
JANET RAMIREZ, ZENEYDA
11  BALTODANO                            [PROPOSED] ORDER GRANTING EX-
                  Plaintiffs,          PARTE REQUEST   TO PARTICIPATE
12                                       BY TELEPHONE

13                                       Case Management Conference

14  vs.
                                         Date:        June 27, 2008
15                                       Time:        8:30 am
                                         Department:  Courtroom 8, 19th Floor
16  ALLSTATE INSURANCE COMPANY           Judge:       Hon.  Charles R.  Breyer
                  Defendant.
17  _____/

18        GOOD CAUSE APPEARING the motion by plaintiff's counsel Leandro H.  Duran to

19  appear by telephone is Granted.  Counsel Leandro H.  Duran is directed to ~~call the court~~ ____

20  ~~minut~~es prior to the Case Management Conference and remain on standby until the case is called.

21        IT IS SO ORDERED

22  Dated:  June 19, 2008

23

24  _____
    HONORABLE CHARLES R. BREYER
25  MAGISTRATE                    E
    UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF
26  CALIFORNIA

27

28
    _____
    PROPOSED ORDER                                        1