IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATTY VALLE, et al., | No. C08-01533 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. / | |

Upon stipulation of the parties and the Court granting a stay pending the resolution of arbitration proceeding in this matter and GOOD CAUSE APPEARING THEREFOR:

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

**IT IS SO ORDERED.**

Dated: June 24, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE